**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANDRES NAVARRO MORENO** | **DOCKET NO. 1:26-cv-3282** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MARCOS CHARLES, ET AL** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that instant petition be **DENIED** and **DISMISSED WITH PREJUDICE** as **MOOT**.

**THUS DONE AND SIGNED**, in chambers this 30th day of September, 2026.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**